Joel E. Elkins (SBN 256020)
jelkins@weisslawllp.com
**WEISSLAW LLP**
9107 Wilshire Blvd., Suite 450
Beverly Hills, CA 90210
Telephone: 310/208-2800
Facsimile:  310/209-2348

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAE YANG, | Case No.  3:20-cv-01617-JSC |
| Plaintiff, | |
| vs. | **NOTICE OF VOLUNTARY DISMISSAL** |
| TELARIA, INC., PAUL CAINE, MARK ZAGORSKI, DOUG KNOPPER, RACHEL LAM, WARREN LEE, JAMES ROSSMAN, ROBERT SCHECHTER, and KEVIN THOMPSON, | |
| Defendants. | |

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Rae Yang ("Plaintiff") voluntarily dismisses the claims in the captioned action (the "Action") without prejudice. Because this notice of dismissal is being filed with the Court before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

- 1 -
NOTICE OF VOLUNTARY DISMISSAL

| | |
|---|---|
| Dated: April 21, 2020 | **WEISSLAW LLP** <br> Joel E. Elkins <br><br> By: */s/ Joel E. Elkins* |
| **OF COUNSEL:** <br><br> **BRAGAR EAGEL & SQUIRE, P.C.** <br> Alexandra B. Raymond <br> 885 Third Avenue, Suite 3040 <br> New York, New York 10022 <br> Tel: (646) 860-9158 <br> Fax: (212) 214-0506 <br> Email: raymond@bespc.com <br><br> *Attorneys for Plaintiff* | Joel E. Elkins <br> 9107 Wilshire Blvd., Suite 450 <br> Beverly Hills, CA 90210 <br> Telephone:  310/208-2800 <br> Facsimile:   310/209-2348 <br><br> *Attorneys for Plaintiff* |